# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LANDIS+GYR TECHNOLOGIES, LLC and LANDIS+GYR TECHNOLOGY, INC.,<br><br>and<br><br>GENERAL ELECTRIC COMPANY, GE ENERGY MANAGEMENT SERVICES, INC., and GE GRID SOLUTIONS, LLC,<br><br>and<br><br>ITRON, INC.,<br><br>        Defendants. | 1:16-cv-00711-WSD<br><br><br><br>LEAD CASE:<br>1:16-cv-00486-WSD<br><br><br><br>1:16-cv-01800-WSD |

## ORDER

On January 27, 2017, counsel for Plaintiff GroupChatter, LLC notified the Court that the parties settled all pending claims in cases GroupChatter, LLC v. General Electric Company, et al, No. 1:16-cv-00486; GroupChatter, LLC v. Landis+Gyr Technologies, LLC et al, No. 1:16-cv-00711-WSD; and GroupChatter, LLC v. Itron, Inc., No. 1:16-cv-01800-WSD. The parties are directed to file a stipulation of dismissal on or before March 10, 2017. The Court

removes the case from its calendar and directs the Clerk of Court to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED** this 9th day of February, 2017.

_William S. Duffey_
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE