# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GROUPCHATTER, LLC. § | |
|     Plaintiff, § | |
| § | |
| v. § | CASE NO. 1:16-cv-01800-WSD |
| § | |
| ITRON, INC. § | |
|     Defendant. § | |

## STIPULATION OF DISMISSAL

Plaintiff GROUPCHATTER, LLC ("GroupChatter") and defendants Itron, Inc. ("Itron"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), hereby stipulate to the dismissal of all of Plaintiff's claims and counterclaims against Itron in this action with prejudice, and all of Itron's claims, defenses or counterclaims for relief against Plaintiff in this action without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted, this 14th day of March, 2017.

| | |
|---|---|
| By: /s/*Daniel A. Kent*_____<br>Daniel A. Kent<br>Georgia Bar Number 415110<br>dankent@kentrisley.com<br>**KENT & RISLEY LLC**<br>5755 N Point Pkwy Ste 57<br>Alpharetta, GA 30022<br>Tel:  (404) 585-4214<br>Fax:  (404) 829-2412<br>Cabrach J. Connor (pro hac vice)<br>cconnor@taylordunham.com<br>David E. Dunham (pro hac vice)<br>ddunham@taylordunham.com<br>Jennifer Tatum Lee (pro hac vice)<br>jtatum@taylordunham.com<br>**TAYLOR DUNHAM AND RODRIGUEZ LLP**<br>301 Congress Ave., Suite 1050<br>Austin, Texas  78701<br>512.473.2257 Telephone<br>512.478.4409 Facsimile<br><br>**ATTORNEYS FOR PLAINTIFF** | By: /s/*John M. Guaragna*_____<br>Christopher G. Campbell<br>Georgia Bar No. 789533<br>James M. Rusert<br>Georgia Bar No. 751507<br>1201 West Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-3450<br>Telephone: 404.736.7800<br>christopher.campbell@dlapiper.com<br>james.rusert@dlapiper.com<br><br>John M. Guaragna *(Pro Hac Vice)*<br>Brian K. Erickson *(Pro Hac Vice)*<br>**DLA Piper LLP (US)**<br>401 Congress, Suite 2500<br>Austin, Texas 78701<br>Telephone: 512.457.7000<br>brian.erickson@dlapiper.com<br>john.guaragna@dlapiper.com<br><br>**ATTORNEYS FOR DEFENDANTS ITRON, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 14th day of March, 2017.

                                           /s/*Daniel A. Kent*_____
                                           Daniel A. Kent